# ELECTRONIC RECORD

COA # 07-14-00165-CR        OFFENSE: 2

STYLE: Criselda Ann Sotelo aka Chris Ann Sotelo v. The State of Texas        COUNTY: Deaf Smith

COA DISPOSITION:        MODIFIED/AFFIRMED        TRIAL COURT: 222nd District Court

DATE: 12/22/2015        Publish: NO        TC CASE #: 13-I-091

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Criselda Ann Sotelo aka Chris Ann Sotelo v. The State of Texas        CCA #: 182-16

_APPELLANT'S_ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_REFUSED_        JUDGE: _____

DATE: 05/04/2016        SIGNED: _____        PC: _____

JUDGE: _____        PUBLISH: _____        DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD